UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KENNETH HOUCK,<br><br>  Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, MAUREEN BAIRD, SLOOP, FEDERAL BUREAU OF PRISONS, A. MARQUEZ, J.M. POWERS, C/O JOHN DOE 1, C/O JOHN DOE 2, C/O LANG, C/O WOOLRIDGE, DR. COOK, J. WEBER, LT. BROOKS, LT. JOHN DOE 1, LT. JOHN DOE 2, LT. MASH, LT. McMILLON, LT. DELOIA, MR. MEADE, MS. CASTELLANO, MS. G. CREWS and SIS LT. JOHN DOE,<br><br>  Defendants. | Case No. 16-cv-1396-JPG |

## **ORDER**

This matter comes before the Court on the motion of plaintiff Kenneth Houck's assigned counsel Gregory L. Cochran and Kelly E. Purkey to withdraw as counsel for Houck (Doc. 79). Counsel seeks relief from appointment because an irreconcilable conflict has developed with their client in the wake of a Report and Recommendation issued by Magistrate Judge Gilbert C. Sison (Doc. 69). In an order dated December 23, 2019, the Court allowed Houck an opportunity to respond to counsel's motion to withdraw (Doc. 80), but he has failed to respond. In light of the lack of objection from Houck to counsel's withdrawal, the Court **GRANTS** the motion to withdraw (Doc. 79). The Court further **DIRECTS** the Clerk of Court to terminate Cochran and Purkey as counsel for Houck in this case and to send Houck a copy of the Report and Recommendation (Doc. 69) and a copy of this order at the address listed in the motion to withdraw.

The Court further **ORDERS** that Houck shall have fourteen days from service of this order to file a *pro se* objection to any or all of the proposed dispositive findings in the Report and Recommendation. The failure to file a timely objection may result in the waiver of the right to challenge the Report and Recommendation before either the District Court or the Seventh Circuit Court of Appeals. *See, e.g., Snyder v. Nolen*, 380 F.3d 279, 284 (7th Cir. 2004). Houck must mail any objections to the Clerk of Court, U.S. District Court, 301 West Main Street, Benton, IL 62812.

**IT IS SO ORDERED.**
**DATED: January 27, 2020**

                                              s/ J. Phil Gilbert
                                              **J. PHIL GILBERT**
                                              **DISTRICT JUDGE**